JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELL ALLEN, an individual and as Successor in Interest to decedent, LAMON KHIRY HASLIP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendant. | CASE NO. EDCV13-1791 VAP (DTBx)<br><br>**[ ~~*PROPOSED*~~ ]**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　Good cause appearing therefor

　　**IT IS ORDERED** that the entire action is dismissed with prejudice, with the parties to bear their own costs and attorney fees.

Dated:  June 10, 2015　　　　　_____

　　　　　　　　　　　　　　　　Hon. Virginia A. Phillips
　　　　　　　　　　　　　　　　United States District Judge